IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRIS JACKSON,<br><br>    Plaintiff,<br><br> v.<br><br>CURALEAF, INC.,<br><br>    Defendant. | Civil Action No. 1:25-cv-07786 |

### NOTICE OF SETTLEMENT

  Plaintiff Chris Jackson hereby advises this Honorable Court that he has reached an agreement in principle with Defendant Curaleaf, Inc. The parties are finalizing settlement documents and expect to file a stipulation of dismissal within thirty days.

Dated: September 9, 2025         Respectfully Submitted,

                  _/s/ Benjamin J. Sweet_
                  Benjamin J. Sweet
                  ben@nshmlaw.com
                  **NYE, STIRLING, HALE, MILLER, & SWEET LLP**
                  101 Pennsylvania Boulevard, Suite 2
                  Pittsburgh, Pennsylvania 15228
                  Phone: (412) 857-5350

                  _Attorneys for Plaintiff_

**CERTIFICATE OF SERVICE**

  I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 9th day of September, 2025.

                  */s/ Benjamin J. Sweet*
                   Benjamin J. Sweet