IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRIS JACKSON,<br><br>    Plaintiff,<br><br> v.<br><br>CURALEAF, INC.,<br><br>    Defendant. | Civil Action No. 1:25-cv-07786 |

### NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1. Whereas Plaintiff Chris Jackson filed the above-referenced case against Defendant Curaleaf, Inc. LLC on July 10, 2025.

2. Whereas Defendant has not yet answered Plaintiff's Complaint, and thus dismissal is appropriate without Court order pursuant to F.R.C.P. Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), Plaintiff respectfully dismisses his Complaint with prejudice.

Dated: September 29, 2025      Respectfully Submitted,

                  */s/ Benjamin Sweet*
                  Benjamin J. Sweet (PA Bar No. 87338)
                  ben@nshmlaw.com
                  **NYE, STIRLING, HALE, MILLER & SWEET, LLP**
                  101 Pennsylvania Blvd., Suite 2
                  Pittsburgh, Pennsylvania 15228

                  *Attorneys for Plaintiff Chris Jackson*

**CERTIFICATE OF SERVICE**

    I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this September 29, 2025.

                                                                           _/s/ Benjamin J. Sweet_
                                                                           Benjamin J. Sweet